UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERITAS LIFE INS. CORP, f/k/a AMERITAS VARIABLE LIFE INS. CO. and AMERITAS INVESTMENT CORP., <br><br> Plaintiffs, <br><br> v. <br><br> KIRK BROWN, <br><br> Defendants. | Civil Action No. 09-11070-LTS |

## JUDGMENT

February 1, 2011

SOROKIN, M.J.

    JUDGMENT is hereby entered in favor of the Plaintiffs, Ameritas Life Insurance Corp. and Ameritas Investment Corp., and against the Defendant, Kirk Brown, in the amount of $276,727.05, plus prejudgment interest of $30,982.06, for a total of $307,709.11

                                                                                                  SO ORDERED.

                                                               /s / Leo T. Sorokin
                                             UNITED STATES MAGISTRATE JUDGE